IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND**<br>**SECURITY** )<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-2154 (RBW) |

**JOINT STATUS REPORT**

The parties hereby submit this joint status report updating the Court on the processing of Electronic Frontier Foundation's ("EFF") Freedom of Information Act ("FOIA") request. EFF had submitted two FOIA requests, dated November 7, 2006, and December 6, 2006, to the Department of Homeland Security ("DHS") concerning the Automated Targeting System ("ATS"), a database tool maintained by the United States Bureau of Customs and Border Protection ("CBP"). On December 14, 2006, DHS informed EFF that it would aggregate the two requests and consolidate its response. DHS further informed EFF that it was denying EFF's request to expedite the processing of the FOIA requests.

On December 19, 2006, EFF brought this action seeking expedited processing of both of its ATS requests. EFF amended its complaint on January 25, 2007, to also seek production of documents responsive to its requests. Solely for the purposes of deciding the expedited processing issue, Judge Huvelle consolidated this case with a separate FOIA request EFF made on DHS. On April 2, 2007, Judge Huvelle denied plaintiff's motion for expedited processing. The only remaining issue for this Court concerns the production of documents requested by EFF

relating to the ATS.

## Processing of Plaintiff's ATS Request

The parties have reached agreements on means of limiting the request. As a result, the parties have agreed to two different time lines for productions. For the documents originating outside of CBP, DHS has already completed three productions. DHS will complete the next production for those documents originating outside of CBP by August 1, 2007, and will continue to produce documents on a monthly basis, making the final production on or before October 1, 2007.

DHS made the first production for those documents originating within CBP on July 2, 2007. It will continue to produce those documents on a monthly basis. DHS has identified six sub-components of CBP that have potentially responsive documents. These include the Office of Field Operations, Office of the Chief Counsel, Office of International Trade, Office of Antiterrorism, Office of the Commissioner, and Office of Information and Technology. DHS will produce the final set of documents on or before November 1, 2007, for the Offices of Field Operations, International Trade, Antiterrorism, and the Commissioner.

For the remaining sub-components (Offices of the Chief Counsel and Information and Technology), DHS cannot give an estimate of the date for final production because that date will largely depend on the parties reaching agreements on ways to further limit the scope of the request and reduce the number of potentially responsive pages. CBP has identified approximately 150,000 potentially responsive pages for the Office of Information and

Technology and approximately 15,000[1] potentially responsive pages for the Office of the Chief Counsel.  The number of potentially responsive pages may be further reduced once EFF has had an opportunity to start reviewing final documents.  As with documents from other offices within DHS, EFF may elect not to seek personal communications relating to those documents, drafts of those documents, or entire categories of related documents not yet produced.  Accordingly, the parties will update this Court on the progress of the production on or before November 15, 2007.

Dated July 6, 2007                                                      Respectfully Submitted,

/s/ *David L Sobel*                                                     PETER D. KEISLER
DAVID L. SOBEL
D.C. Bar No. 360418                                                     Assistant Attorney General

MARCIA HOFFMAN                                                          JEFFREY A. TAYLOR
D.C. Bar No. 484136                                                     United States Attorney

ELECTRONIC FRONTIER FOUNDATION                                          ARTHUR R. GOLDBERG
1875 Connecticut Avenue NW                                              Assistant Branch Director
Suite 650                                                               U.S. Department of Justice
Washington, DC 20009                                                    Civil Division, Federal Programs Branch
(202) 797-9009

                                                                        /s/ *Adam D Kirschner*
Counsel for Plaintiff                                                   ADAM D. KIRSCHNER
                                                                        Trial Attorney
                                                                        U.S. Department of Justice
                                                                        Civil Division, Federal Programs Branch
                                                                        Mailing Address
                                                                        P.O. Box 883
                                                                        Washington, D.C., 20044
                                                                        Delivery Address
                                                                        20 Massachusetts Ave., NW., Room 7126

---

[1] Based on previous agreements with EFF in which EFF stated that it was not interested in drafts of certain documents, DHS will be able to reduce the estimate for CBP's Office of the Chief Counsel.  However, at this point in the processing it is unclear to what extent that number will be reduced.

                                          Washington, D.C. 20001
                                          Telephone: (202) 353-9265
                                          Fax: (202) 616-8470
                                          adam.kirschner@usdoj.gov

                                          Counsel for Defendant