IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-2154 (RBW) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Civil Rule 83.15(c), Marcia Hofmann, co-counsel for Plaintiff Electronic Frontier Foundation, hereby gives notice to the Court and Defendant Department of Homeland Security that her office address and telephone number have changed. Her new contact information is as follows:

    Marcia Hofmann
    Electronic Frontier Foundation
    454 Shotwell Street
    San Francisco, CA  94110
    Telephone: (415) 436-9333

The address and telephone number of co-counsel for Plaintiff, David L. Sobel, remain unchanged.

Dated: September 18, 2007                          Respectfully submitted,

                                                                       DAVID L. SOBEL
                                                                       D.C. Bar No. 360418
                                                                       ELECTRONIC FRONTIER FOUNDATION
                                                                       1875 Connecticut Avenue NW
                                                                       Suite 650
                                                                       Washington, DC 20009
                                                                       (202) 797-9009

/s/ *Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
(415) 436-9333

Counsel for Plaintiff

2