**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2154 (RBW) |
| ) | |
| **DEPARTMENT OF HOMELAND** ) | |
| **SECURITY** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STATUS REPORT**

      The Department of Homeland Security hereby submits this status report updating the

Court on the processing of Electronic Frontier Foundation's ("EFF") Freedom of Information

Act ("FOIA") request concerning the Automated Targeting System-Passenger ("ATS-P"), an

intranet-based enforcement and decision support tool maintained by the U.S. Bureau of Customs

and Border Protection ("CBP").  The parties had last updated the Court in their July 6, 2007,

status report.[1]  See Docket #18.  Since that status report, the Department of Homeland Security

("DHS") has completed production for documents originating outside of CBP.[2]

      For documents originating within CBP on July 2, 2007, DHS identified six CBP offices

that had potentially responsive documents.  Those are the Office of Field Operations, Office of

---

      [1]EFF agreed to have the Department of Homeland of Security submit a report on its own instead of the parties submitting a joint report.

      [2]Since completing production for documents originating outside of CBP, DHS has become aware of other documents that may be responsive to plaintiff's request.  DHS has supplemented its previous productions for documents originating outside of CBP, but has not yet completed processing all of these supplemental documents.

the Chief Counsel, Office of International Trade, Office of Antiterrorism, Office of the

Commissioner, and Office of Information and Technology.  DHS has completed production of

documents from the Offices of Field Operations, International Trade, Antiterrorism, and the

Commissioner.[3]

For the remaining CBP offices (Offices of the Chief Counsel and Information and

Technology), DHS and EFF have worked to try to limit the scope of the request and reduce the

number of potentially responsive pages.  Due to previous agreements, CBP has been able to

reduce the number of potentially responsive pages for the Office of the Chief Counsel from

approximately 15,000 to approximately 8,000.  The remaining documents include hard copy

documents, electronic file documents, and electronic mail.  CBP anticipates that it can complete

processing and produce to EFF, with any necessary redactions, all Office of Chief Counsel hard

copy documents and electronic file documents, excluding electronic mail, by February 1, 2007.

For the Office of Information and Technology, the parties continue to be in communication in

trying to find ways to reduce the number of potentially responsive pages from 150,000.  For

example, DHS has shared with EFF a sample redacted document to determine if EFF would

exempt that type of document from its request.  Such an agreement would reduce the number of

potentially responsive pages by approximately 5,000 to 6,000 pages.  DHS will continue to

produce documents from the Office of Information and Technology while the parties discuss

ways to limit the request.

---

[3]In the Joint Status Report of July 6, 2007, DHS represented that the production for these
sub-components would be completed by November 1, 2007.  To accommodate additional time
needed to process documents in the possession of the Office of Field Operations, National
Targeting and Security ("NTS"), DHS and EFF agreed to extend this deadline to November 7,
2007, for NTS documents.

While DHS continues to produce documents responsive to the request, the parties will attempt to limit the documents and exemptions that are in dispute.  The Department of Homeland Security will next update the Court with a status report February 1, 2007.


Dated November 15, 2007                          Respectfully Submitted,

                                                 PETER D. KEISLER
                                                 Assistant Attorney General

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney

                                                 ELIZABETH J. SHAPIRO
                                                 Assistant Branch Director
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch

                                                 /s/ *Adam D Kirschner*
                                                 ADAM D. KIRSCHNER
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 Mailing Address
                                                 P.O. Box 883
                                                 Washington, D.C., 20044
                                                 Delivery Address
                                                 20 Massachusetts Ave., NW., Room 7126
                                                 Washington, D.C. 20001
                                                 Telephone: (202) 353-9265
                                                 Fax: (202) 616-8470
                                                 adam.kirschner@usdoj.gov

                                                 Counsel for Defendant