IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND** )<br>**SECURITY** )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-2154 (RBW) |

**STATUS REPORT**

Defendant Department of Homeland Security ("DHS") hereby submits this status report updating the Court on the processing of Electronic Frontier Foundation's ("EFF") Freedom of Information Act ("FOIA") request concerning the Automated Targeting System-Passenger ("ATS-P"), an intranet-based enforcement and decision support tool maintained by the U.S. Bureau of Customs and Border Protection ("CBP"). DHS had last updated the Court in its November 15, 2007, status report. See Docket # 20.

In the previous report, DHS gave separate estimates regarding the origin of the documents it was processing. For documents originating within components of DHS outside of CBP, DHS identified documents to process from components of DHS that it had previously thought had completed their processing. DHS has supplemented its previous productions for those components but still has a few outstanding supplemental documents.[1]

---

[1] While processing the latest set of documents, DHS recently sought clarification from EFF on whether it is seeking documentation relating to a 2004 agreement between the European Union and the United States. Because the inclusion of such a set of documents would cause the agency to expand its previous search of documents as well as increase the number of documents

For documents originating from within CBP, DHS had stated in the previous report that four CBP offices had completed processing the documents in their possession responsive to EFF's request. DHS has now identified that the Office of Field Operations, National Targeting and Security ("NTS") still has documents in its possession that have yet to be processed. The vast majority of these documents, if not all of them, involve electronic mail messages. DHS has completed processing documents from the Offices of International Trade, Antiterrorism, the Commissioner.

With regard to the two remaining CBP offices that have potentially responsive documents (Offices of the Chief Counsel and Information and Technology), DHS and EFF have worked to try to limit the scope of the request and reduce the number of potentially responsive pages. For example, the parties reached two separate agreements regarding the Office of Information and Technology ("OIT") documents that reduced the number of potentially responsive pages in OIT's possession from 150,000 to 70,000. The parties have also reached agreements, such as removing certain drafts from the scope of the request, to limit the number of potentially responsive pages in the possession of the Office of the Chief Counsel. CBP had anticipated that it could complete processing all Office of Chief Counsel hard copy documents and electronic file documents, excluding electronic mail, by February 1, 2008. The parties have

---

it would have to process, the parties have been attempting to find ways to possibly limit this facet of the request. For example, the parties have already agreed to exclude drafts of such an agreement from the scope of the request. Also, because the questions regarding these documents have recently arisen and the parties have been in communication regarding the nature of the documents that EFF is seeking, DHS is unable at this time to give an estimate of the number of potentially responsive pages that would be included under this facet of the request. Accordingly, the estimates in this Status Report do not include any additional documents that may be considered to be part of the request that relates to the 2004 agreement between the European Union and the United States.

agreed that although DHS will have produced some of those documents by February 1, 2008, it will have until February 15, 2008, to complete processing such documents.[2] DHS will process the electronic mail messages in CBP's Office of Chief Counsel in following productions.

While DHS continues to produce documents responsive to the request, the parties will attempt to limit the documents and exemptions that are in dispute as well as continue to try to find ways to narrow the request. EFF is currently reviewing the documents already produced for such determinations. In the meantime, DHS will continue to process and produce documents. After the February 15, 2008, production DHS will make its next production by March 17, 2008 and the following one by April 18, 2008. The Department of Homeland Security will next update the Court with a status report on May 1, 2008.

Dated February 1, 2008                    Respectfully Submitted,

                                          JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          ELIZABETH J. SHAPIRO
                                          Assistant Branch Director
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch

                                          /s/ *Adam D Kirschner*
                                          ADAM D. KIRSCHNER
                                          Trial Attorney

---

[2] In addition to not including documents that relate to the 2004 agreement between the United States and the European Union, this estimate does not include documents from within two boxes that DHS recently discovered needed to be processed, most of which relate to the 2004 agreement.

        U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7126
Washington, D.C. 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
adam.kirschner@usdoj.gov

Counsel for Defendant