# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND** )<br>**SECURITY** )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-2154 (RBW) |

## STATUS REPORT

Defendant Department of Homeland Security ("DHS") hereby submits this status report updating the Court on the processing of Electronic Frontier Foundation's ("EFF") Freedom of Information Act ("FOIA") request concerning the Automated Targeting System-Passenger ("ATS-P"), an intranet-based enforcement and decision support tool maintained by the U.S. Bureau of Customs and Border Protection ("CBP"). DHS had last updated the Court in its February 1, 2008, status report. See Docket # 21.

Since the previous report, DHS has continued to process documents responsive to the request. DHS has now completed production of the documents identified as supplemental documents in the previous report that originated from outside of CBP. For documents that have originated from within CBP, DHS has continued to process those documents while meeting the production dates established in the previous report.

While DHS continues to produce documents responsive to the request, the parties will attempt to limit the documents and exemptions that are in dispute as well as continue to try to find ways to narrow the request. EFF is currently reviewing the documents already produced for

such determinations. To facilitate that review, DHS has identified to EFF approximately 30 Bates stamped documents that provide narrative and/or historical statements regarding the ATS-P program. In the meantime, EFF has agreed that documents relating to a 2004 agreement between the European Union and the United States do not fall within the scope of the request. As the parties continue to reach agreements on ways to narrow any outstanding issues in the case, DHS will continue to process and produce documents responsive to the request. DHS anticipates it will make its next production by May 30, 2008, another one by June 30, 2008, and a following one by July 31, 2008. The Department of Homeland Security will next update the Court with a status report on August 15, 2008.

Dated May 1, 2008                                          Respectfully Submitted,

                                                           JEFFREY S. BUCHOLTZ
                                                           Acting Assistant Attorney General

                                                           JEFFREY A. TAYLOR
                                                           United States Attorney

                                                           ELIZABETH J. SHAPIRO
                                                           Assistant Branch Director
                                                           U.S. Department of Justice
                                                           Civil Division, Federal Programs Branch

                                                           /s/ *Adam D Kirschner*
                                                           ADAM D. KIRSCHNER
                                                           Trial Attorney
                                                           U.S. Department of Justice
                                                           Civil Division, Federal Programs Branch
                                                           Mailing Address
                                                           P.O. Box 883
                                                           Washington, D.C., 20044
                                                           Delivery Address
                                                           20 Massachusetts Ave., NW., Room 7126
                                                           Washington, D.C. 20001
                                                           Telephone: (202) 353-9265

                    Fax: (202) 616-8470
                    adam.kirschner@usdoj.gov

                    Counsel for Defendant