IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND )<br>SECURITY )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2154 (RBW) |

## STATUS REPORT

Defendant Department of Homeland Security ("DHS") hereby submits this status report updating the Court on the processing of Electronic Frontier Foundation's ("EFF") Freedom of Information Act ("FOIA") request concerning the Automated Targeting System-Passenger ("ATS-P"), an intranet-based enforcement and decision support tool maintained by the U.S. Bureau of Customs and Border Protection ("CBP"). DHS had last updated the Court in its May 1, 2008, status report. See Docket # 22.

Since the previous report, DHS has continued to process documents responsive to the request while meeting the production dates established in the previous report. The parties have also continued to reach agreements to limit the number of documents remaining to be processed. Based on those agreements, DHS has completed the processing of documents that originated from within CBP's Office of Information and Technology. The only components of CBP, therefore, that still have documents in their possession that have yet to be processed are the Office of Field Operations, National Targeting and Security, and Office of the Chief Counsel. As explained in previous status reports, DHS has completed the processing of all documents

originating within components of DHS outside of CBP.

While DHS continues to produce documents responsive to the request, the parties will attempt to limit the documents and exemptions that are in dispute as well as continue to try to find ways to narrow the request. As the parties continue to reach agreements on ways to narrow any outstanding issues in the case, DHS will continue to process and produce documents responsive to the request. DHS anticipates it will make its next production by September 15, 2008, another one by October 15, 2008, and a following one by November 21, 2008. The Department of Homeland Security will next update the Court with a status report on December 5, 2008.

Dated August 15, 2008                                Respectfully Submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              ELIZABETH J. SHAPIRO
                                              Assistant Branch Director
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch

                                              /s/ *Adam D Kirschner*
                                              ADAM D. KIRSCHNER
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              <u>Mailing Address</u>
                                              P.O. Box 883
                                              Washington, D.C., 20044
                                              <u>Delivery Address</u>
                                              20 Massachusetts Ave., NW., Room 7126
                                              Washington, D.C. 20001
                                              Telephone: (202) 353-9265

Fax: (202) 616-8470
adam.kirschner@usdoj.gov

Counsel for Defendant