IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELECTRONIC FRONTIER FOUNDATION** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2154 (RBW) |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY** | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff and defendant stipulate, through their undersigned counsel, to dismiss this case with prejudice. Each party to bear its own costs and fees.


Dated January 20, 2010                                  Respectfully Submitted,

/s/ *David L Sobel*                                             TONY WEST
DAVID L. SOBEL                                              Assistant Attorney General
D.C. Bar No. 360418
                                                                       CHANNING D. PHILLIPS
                                                                       United States Attorney

ELECTRONIC FRONTIER FOUNDATION        ELIZABETH J. SHAPIRO
1818 N Street, NW                                           Deputy Director
Suite 410                                                          U.S. Department of Justice
Washington, DC 2036                                     Civil Division, Federal Programs Branch
(202) 797-9009
                                                                       /s/ *Adam D Kirschner*
Counsel for Plaintiff                                        ADAM D. KIRSCHNER
                                                                       Trial Attorney
                                                                       U.S. Department of Justice
                                                                       Civil Division, Federal Programs Branch
                                                                       Mailing Address
                                                                       P.O. Box 883

Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7126
Washington, D.C. 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
adam.kirschner@usdoj.gov

Counsel for Defendant